**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELDON C. SWANSON, JR., etc.,
et al.,

       Plaintiffs,

vs.                                        Case No. 3:04-cv-1228-J-20HTS

UNITED STATES OF AMERICA
and ROBINSON AVIATION (RVA),
INC., etc.

       Defendants.

_____

**O R D E R**

This cause is before the Court on the following matters:

1.   Plaintiffs' Request for Entry of Court Order Granting Plaintiffs' Motion to Compel (Doc. #34), filed on November 29, 2005, which is **MOOT** in light of the Order (Doc. #29; Order).

2.   Defendant Robinson Aviation's Unopposed Motion for Enlargement of Time Within Which to File Its Opposition to Plaintiffs' Motion to Compel (Doc. #32), filed on November 30, 2005, which is **DENIED.**

3.   Defendant Robinson Aviation's Motion for Reconsideration (Doc. #33; Motion for Reconsideration), filed on November 30, 2005, which will be considered on its merits once Plaintiffs have had an opportunity to respond thereto.   *See id.* at 3 (indicating

Plaintiffs oppose the Motion for Reconsideration).   If the Court ultimately determines reconsideration of the Order is appropriate, Defendant will be given an opportunity, at that time, to file a memorandum regarding the propriety of an additional inspection of the control tower.

     **DONE AND ORDERED** at Jacksonville, Florida this 1st day of December, 2005.

                         /s/        Howard T. Snyder
                         HOWARD T. SNYDER
                         UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     *pro se* parties, if any